# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# (EASTERN DIVISION)

| | |
|---|---|
| **JOHN F. HOLMES,** | Case No. 2:23-cv-03846 |
| Plaintiff, | Chief Judge Algenon L. Marbley |
| v. | Magistrate Judge Chelsey M. Vascura |
| **ASCENT RESOURCES-UTICA LLC,** | Electronically Filed |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL

The parties have reached a settlement agreement on all matters in the above-styled action, it is ORDERED that this civil action be, and the same is hereby, DISMISSED WITH PREJUDICE and retired from the docket of this Court, subject to reopening on motion of any party, and for good cause shown, within ninety (90) days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

It is so ORDERED.

Dated: March 4, 2024

_____
The Honorable Chief Judge Algenon L. Marbley

BORDAS & BORDAS

/s/ Jason E. Causey
Jason E. Causey
106 East Main Street
Saint Clairsville, OH 43950

Attorneys for Plaintiff

REED SMITH LLP

/s/ Nicolle R. Snyder Bagnell
Nicolle R. Snyder Bagnell
OH I.D. No. 91442

REED SMITH LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Tel: (412) 288-7112
Fax: (412) 288-3063
nbagnell@reedsmith.com

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the Joint Stipulation of Dismissal has been served via the Court's ECF Filing System on the following:

Jason E. Causey
Bordas & Bordas
106 East Main Street
Saint Clairsville, OH 43950


Dated: March 1, 2024                    /s/ Nicolle R. Snyder Bagnell